



FILED
COURT OF APPEALS

JUN 1 2 2000

LISA MATZ
CLERK, 5th DIST.

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. 73,825

### EX PARTE MOSES HENRY, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### FROM DALLAS COUNTY

*The opinion was delivered per curiam.*

### O P I N I O N

This is a post-conviction application for writ of habeas corpus filed pursuant to Article 11.07, V.A.C.C.P. Applicant was convicted of aggravated assault, and the court assessed punishment at ten years imprisonment. This conviction was affirmed. Henry v. State, No. 05-96-01983-CR (Tex. App.—Dallas, delivered August 20, 1998, no pet.).

Applicant contends that he has not received credit for all of the time he spent in the Dallas County jail on this cause. The trial court has entered findings of fact, after a hearing, in which it determined that Applicant was confined prior to trial from February

10, 1995 to October 16, 1995, and also that he was continuously confined in the Dallas County jail from the day he was sentenced, December 12, 1996, until he was admitted to prison on January 4, 1999. The trial court also determined that Applicant has not received credit for the latter period and recommended that Applicant receive additional credit.

We agree, and relief is granted. A defendant is entitled to credit on his sentence for time confined in jail pending disposition of his appeal, unless he is released on bail. Article 42.03 § 3 V.A.C.C.P. Applicant was not released from jail after he was sentenced on December 12, 1996 until he was transferred to the Institutional Division. The officials at the Texas Department of Criminal Justice — Institutional Division are hereby ordered to amend Applicant's records to reflect credit from the date Applicant was sentenced, as well as the pretrial credit ordered in the judgment in Cause No. F95-43891-IM in the 194th Judicial District Court of Dallas County.

Copies of this opinion shall be sent to the Texas Board of Pardons and Paroles as well as the Texas Department of Criminal Justice, Institutional and Parole Divisions.

DELIVERED JUNE 7, 2000

DO NOT PUBLISH